IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| SHERLANDA ROBINSON, o/b/o D.R., | ) | CASE NO. 1:14 CV 461 |
| | ) | |
| Plaintiff, | ) | |
| | ) | MAGISTRATE JUDGE |
| v. | ) | WILLIAM H. BAUGHMAN, JR. |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

This matter comes before me on consent to Magistrate Judge's jurisdiction[1] for review of the decision of the Commissioner of Social Security denying plaintiff Sherlanda Robinson's application for supplemental security income on behalf of D.R.[2]

Counsel for the parties have filed a joint motion for remand under the fourth sentence of 42 U.S.C. § 405(g).[3]

On remand, the Administrative Law Judge will (1) assess whether D.R. met or medically equaled the severity of a listing; (2) assess whether D.R.'s impairments functionally equaled a listing; and (3) evaluate all of the medical opinion evidence and explain the weight given to this evidence.

---

[1] ECF # 16.

[2] ECF # 1.

[3] ECF # 25.

On consideration whereof, the Magistrate Judge reverses the decision of the Commissioner and remands this case for further administrative action as outlined above.

IT IS SO ORDERED.

Dated: September 29, 2014                          s/ William H. Baughman, Jr.
                                                   United States Magistrate Judge